```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:   (559) 221-7997
E-mail:   capozzilaw@aol.com

Attorney for Defendant,
SERAFIN RODRIGUEZ MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.: CR-F-05-00127 OWW |
| ) | |
|         Plaintiff,        ) | NOTICE OF SUBSTITUTION OF ATTORNEYS AND ORDER |
| ) | |
|     vs.        ) | |
| ) | |
| SERAFIN RODRIGUEZ MENDOZA,        ) | |
| ) | |
|         Defendant.        ) | |

   PLEASE TAKE NOTICE that the Defendant, SERAFIN RODRIGUEZ MENDOZA, hereby, substitutes as his attorney-of-record, ANTHONY P. CAPOZZI, Law offices of Anthony P. Capozzi, in the place of the Federal Defender's Office for the above entitled case.

/ / /

/ / /

/ / /

- 1 -

Notice of Substitution of Attorneys

PDF created with pdfFactory trial version www.pdffactory.com

1  The location and mailing address for the Law Offices of
2 Anthony P. Capozzi is 1233 W. Shaw Avenue, Suite 102, Fresno,
3 California, 93711-3718.  Mr. Capozzi also may be contacted by
4 telephone at (559) 221-0200, via facsimile at (559) 221-7997 or
5 by e-mail at capozzilaw@aol.com.
6 Dated:    April 15, 2005
                                    /s/ Serafin Rodriguez Mendoza
7                                   SERAFIN RODRIGUEZ MENDOZA

8 Dated:    April 15, 2005

                                    /s/ Anthony P. Capozzi
10                                  ANTHONY P. CAPOZZI,
                                    Attorney for the Defendant,
11                                  SERAFIN RODRIGUEZ MENDOZA

13 Dated:    April 15, 2005
                                    /s/ Ann Voris
14                                  ASSISTANT FEDERAL DEFENDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED THAT ANTHONY P. CAPOZZI, ESQ., BE SUBSTITUTED IN AS ATTORNEY FOR SERAFIN RODRIGUEZ MENDOZA IN PLACE OF AN ASSISTANT FEDERAL DEFENDER.

The Court Clerk's office shall make note of the Substitution of Attorneys in the court file and shall forward all correspondence and pleadings to Mr. Anthony P. Capozzi, Esq., at the above listed address for the Law Offices of Anthony P. Capozzi.

Dated:    April 19, 2005              /s/ OLIVER W. WANGER

                                      _____
                                      Honorable Oliver W. Wanger
                                      U.S. District Court Judge