```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  ROSA LOPEZ MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-cr-00127 OWW |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  November 7, 2005 |
| SERAFIN RODRIGUEZ MENDOZA, and ROSA LOPEZ MENDOZA, | Time:  1:30 p.m.<br>Judge: Honorable Oliver W. Wanger |
| *Defendants*. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JONATHAN B. CONKLIN, Assistant United States Attorney, counsel for Plaintiff, ANTHONY P. CAPOZZI, counsel for Defendant SERAFIN RODRIGUEZ MENDOZA, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant ROSA LOPEZ MENDOZA, that the date for status conference in this matter may be continued to November 7, 2005.  **The date currently set for status conference is October 3, 2005.  The requested new date is November 7, 2005 at 1:30 p.m.**

The reason for this request is that additional time is needed to complete defense review of the discovery in this case and to conduct additional investigation and negotiations.  Both defendants are on pretrial release and not in custody.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

///

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 28, 2005   By /s/ Jonathan B. Conklin
JONATHAN B. CONKLIN
Assistant United States Attorney
Attorney for Plaintiff

DATED: September 28, 2005   By /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Assistant Federal Defender
Attorney for Defendant
SERAFIN RODRIGUEZ MENDOZA

QUIN DENVIR
Federal Public Defender

DATED: September 28, 2005   By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ROSA LOPEZ MENDOZA

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: September _28__, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California