ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SERAFIN RODRIGUEZ MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   vs. <br> SERAFIN RODRIGUEZ MENDOZA, <br>     Defendant. | Case No.: CR-F-05-0127 OWW <br><br> STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREIN |

IT IS HEREBY STIPULATED between the Defendants, SERAFIN RODRIGUEZ MENDOZA, by and through his attorney of record, Anthony P. Capozzi, and ROSA LOPEZ MENDOA, by and through her attorney of record, Eric V. Kersten, and Plaintiff, by and through Assistant United States Attorneys, Sheila Oberto and Virna Santos, that the Status Conference now set for Tuesday, May 23, 2006, 2006, at 9:00 a.m. be continued to Monday, June 5, 2006, 2006 at 9:00 a.m. for a Change of Plea Hearing.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

PDF created with pdfFactory trial version www.pdffactory.com

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 19, 2006

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Serafin Rodriguez Mendoza

Dated: May 19, 2006

/s/ Eric V. Kersten
Anthony P. Capozzi,
Attorney for Defendant,
Rosa Lopez Mendoza

Dated: May 19, 2006

/s/ Sheila K. Oberto
Sheila K. Oberto,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the status conference now set for May 23, 2006, is vacated and a Change of Plea Hearing is now scheduled for June 5, 2006 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated: May _25, 2006

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger,
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com