1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   SERAFIN RODRIGUEZ MENDOZA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO

10                    *  *  *  *  *

11
                              ) Case No.: CR-F-05-0127 OWW
12 UNITED STATES OF AMERICA,   )
                              ) STIPULATION FOR CONTINUANCE AND
13          Plaintiff,         ) PROPOSED ORDER THEREIN
                              )
14    vs.                      )
                              )
15 SERAFIN RODRIGUEZ MENDOZA,  )
                              )
16          Defendant.         )
   _____)

17

18     IT IS HEREBY STIPULATED between the Defendants, SERAFIN

19 RODRIGUEZ MENDOZA, by and through his attorney of record, Anthony P.

20 Capozzi, and Plaintiff, by and through Assistant United States

21 Attorney, Virna Santos, that the Change of Plea Hearing now set for

22 Monday, June 5, 2006, 2006, at 9:00 a.m. be continued to Monday,

23 June 12, 2006, 2006 at 9:00 a.m.

24     It is further stipulated by the parties that any delay

25 resulting from this continuance shall be excluded on the following

26 basis:

27     1.  Title 18, United States Code, Section 3161(h)(8)(A) --

28         that the ends of justice served by taking such action

                           Page 1

PDF created with pdfFactory trial version www.pdffactory.com

outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: June 1, 2006

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Serafin Rodriguez Mendoza

Dated: June 1, 2006

/s/ Virna Santos
Virna Santos,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## <u>ORDER</u>

IT IS SO ORDERED.  Good cause having been shown, the Change of Plea Hearing now set for June 5, 2006, be continued to June 12, 2006 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  June _5__, 2006

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger,
U.S. District Court Judge

Stipulation to Continue
Case No. 05-0127 OWW

PDF created with pdfFactory trial version www.pdffactory.com