ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SERAFIN RODRIGUEZ MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SERAFIN RODRIGUEZ MENDOZA,<br><br>　　　　Defendant. | Case No.: CR-F-05-0127 OWW<br><br>STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREIN |

　　IT IS HEREBY STIPULATED between the Defendant, SERAFIN RODRIGUEZ MENDOZA, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Virna Santos, that the Change of Plea Hearing now set for Monday, August 28, 2006, at 9:00 a.m. be continued to Tuesday, September 5, 2006, 2006 at 9:00 a.m.

　　It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

　　1.　Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | outweighs the best interest of the public and the |
| 2 | defendant in a speedy trial; |
| 3 | 2. Title 18, United States Code, Section 3161(h)(8)(ii) -- |
| 4 | that it is unreasonable to expect adequate preparation for |
| 5 | pre-trial proceedings or for the trial itself with the |
| 6 | time limits established due to the complexity of the case. |

Respectfully submitted,

Dated: August 22, 2006

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Serafin Rodriguez Mendoza

Dated: August 22, 2006

/s/ Virna Santos
Virna Santos,
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Change of Plea Hearing now set for August 28, 2006, be continued to Tuesday, September 5, 2006 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated: August 22___, 2006

                                        /s/Oliver W. Wanger
                                        Honorable Oliver W. Wanger,
                                        U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com