McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05cr00127 OWW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| SERAFIN RODRIGUEZ MENDOZA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS and SHEILA OBERTO, Assistant United States Attorneys for the government, and ANTHONY P. CAPOZZI, attorney for SERAFIN RODRIGUEZ MENDOZA and ERIC V. KERSTEN, attorney for ROSA LOPEZ MENDOZA, to continue the change of plea hearing for both defendants from September 5, 2006 to a new date of **September 25, 2006 at 9:00 a.m.**

This continuance is necessary to permit defendants to obtain a significant portion of the estimated restitution prior to the entry of plea, as required the terms of the plea agreement.

1

| | |
|---|---|
| 1 | Although the parties have endeavored to finalize the agreements between hearings, due to counsel |
| 2 | unavailability, the requisite payment of partial restitution has yet to be made. The parties expect |
| 3 | that this matter will be resolved by the new requested hearing date. If the matter should not be |
| 4 | resolved additional time is needed by defendants to complete their investigation anticipation of |
| 5 | trial. |

All parties stipulate that time shall be excluded for the above purposes until the new hearing date of September 25, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED,

Dated: September 2, 2006

    /s/ Virna L. Santos
    VIRNA L. SANTOS
Assistant U. S. Attorney

Dated: August 31, 2006           /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Serafin Rodriguez Mendoza

Dated: August 31, 2006           /s/ Eric V. Kersten
ERIC V. KERSTEN
Attorney for Rosa Lopez Mendoza

### ORDER

The parties stipulated request to continue the hearing on this matter to **September 25, 2006 at 9:00 a.m.** is hereby **GRANTED**. Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   September 2, 2006**            /s/ Oliver W. Wanger
emm0d6                                           UNITED STATES DISTRICT JUDGE